UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL R. TREANOR, JR.,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PAYPAL, INC,<br><br>                    Defendant. | 24-cv-9698 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 13, 2025, order, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction,

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 12, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge